# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 483 |
| | : | |
| ORDER AMENDING RULE 540 OF THE | : | CRIMINAL PROCEDURAL RULES |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 45 Pa.B. 5915 (October 3, 2015)*,* and a *Final Report* to be published with this Order**:**

    It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rule of Criminal Procedure 540 are adopted, in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2017.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.